UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RANDALL STEVEN BASCO**                              **CIVIL ACTION**

**VERSUS**                                            **NO.  12-2006**

**JERRY GOODWIN, WARDEN**                             **SECTION "J"(2)**
**DAVID WADE CORR. CENTER**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 22) and adopts it as its opinion in this matter.  Accordingly,

**IT IS ORDERED** that the Motion to Dismiss **(Rec. Doc. 19)** filed by the respondent, Warden Jerry Goodwin, is **DENIED**.

**IT IS FURTHER ORDERED** that the petition of Randall Steven Basco for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 15th day of April, 2013.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE